IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02862-RBJ

FERNANDO MARTINEZ,

     Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER coming on to be heard upon the Stipulation for Dismissal with Prejudice [ECF No. 24] of the plaintiff, Fernando Martinez, and the defendant, Allstate Fire and Casualty Insurance Company, and the Court having examined said Stipulation,

FINDS that the Stipulation is proper and should be approved.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all matters concerning Fernando Martinez in the within action against Allstate Fire and Casualty Insurance Company be and the same hereby are, dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 28th day of May, 2015.

BY THE COURT:

2

_____

R. Brooke Jackson
United States District Judge

2